```
                                                    2008 MAY 21  PM 4:01


                                                         KNH
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>OCTAVIO MORENO REYNA,<br><br>　　　　　　Defendant. | Criminal Case No. 08 CR 1636 BEN<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Heroin;<br>Title 21, U.S.C., Sec. 841(a)(1) - Possession of Heroin with Intent to Distribute |

The grand jury charges:

### Count 1

On or about May 7, 2008, within the Southern District of California, defendant OCTAVIO MORENO REYNA did knowingly and intentionally import 100 grams and more, to wit: approximately 580 grams of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

CJB:fer(1):Imperial
5/19/08

Count 2

On or about May 7, 2008, within the Southern District of California, defendant OCTAVIO MORENO REYNA did knowingly and intentionally possess, with intent to distribute, 100 grams and more, to wit: approximately 580 grams of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: May 21, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney