```
1  DAVID J. ZUGMAN
   California Bar No. 190818
2  964 Fifth Avenue, Suite 300
   San Diego, California  92101-5008
3  Telephone:  (619) 699-5931
   Facsimile:  (619) 699-5932
4  zugman@sbcglobal.net

5  Attorney for Octavio Moreno Reyna
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08CR1636-BEN |
| ) | |
| Plaintiff, ) | Date: June 30, 2008 |
| ) | Time: 2:00 p.m. |
| v. ) | |
| ) | |
| OCTAVIO MORENO REYNA, ) | NOTICE OF JOINT MOTION TO CONTINUE |
| ) | MOTION HEARING |
| Defendant. ) | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, and JEFFREY D. MOORE, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that Defendant, Octavio Moreno Reyna, by and through his Counsel, David J. Zugman, files the instant joint motion to continue the motion hearing from June 30, 2008, at 2:00 p.m. to August 11, 2008, at 2:00 p.m..

Respectfully Submitted,

Date: June 25, 2008              S/David J. Zugman
                                 David J. Zugman
                                 Attorney for Mr. Reyna

1 | PROOF OF SERVICE

2   I, the undersigned, declare that:

3   1. I am over eighteen (18) years of age; am a resident of the County of San Diego, State of California; and my business address is 964 Fifth Avenue, Suite 300, San Diego, California, 92101-5008.

4   2. I am effecting service of JOINT MOTION TO CONTINUE THE MOTION HEARING on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

   Jeffrey Moore, Assistant U.S. Attorney
   Office of the U.S. Attorney
   880 Front Street
   San Diego, CA 92101

3.   I hereby certify that I have mailed the foregoing, by United States Postal Service to the following non-EFC participants in this case:

   1. N/A

to the last known address, at which place there is delivery service of mail from the United States Postal Service.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on June 25, 2008.

S/David Zugman
DAVID J. ZUGMAN

```
 1  DAVID J. ZUGMAN
    California State Bar Number 190818
 2  964 Fifth Avenue, Suite 300
    San Diego, California  92101
 3  Telephone: (619) 699-5931
    Facsimile: (619) 699-5932
 4  dzugman@burchamzugman.com

 5  Attorney for Octavio Moreno Reyna

 6

 7
                      UNITED STATES DISTRICT COURT
 8
                    SOUTHERN DISTRICT OF CALIFORNIA
 9
                      (HONORABLE ROGER T. BENITEZ)
10
11  UNITED STATES OF AMERICA,   )   Case No. 08CR1636-BEN
                                )
12              Plaintiff,      )   Date: June 30, 2008
                                )   Time: 2:00 p.m.
13  v.                          )
                                )
14  OCTAVIO MORENO REYNA,       )   JOINT MOTION TO CONTINUE THE
                                )   MOTION HEARING
15              Defendant.      )
                                )
16
```

**THE PARTIES STIPULATE** to continue Mr. Reyna's motion hearing from June 30, 2008, at 2:00 p.m. to August 11, 2008, at 2:00 p.m.. This is the first continuance request for the motion hearing. The parties anticipate arriving at plea agreement which will obviate the need for the motion hearing. Further, the parties have matters to resolve which is why the agreement has yet to be finalized. Mr. Reyna is in custody. The new date and time have been cleared with this Court's clerk.

**IT IS SO STIPULATED**:

```
Dated: June 25, 2008        S/David Zugman
                            DAVID ZUGMAN
                            ATTORNEY FOR MR. REYNA

Dated: June 25, 2008        S/Jeffrey Moore
                            JEFFREY MOORE
                            ASSISTANT U.S. ATTORNEY
```

08CR1636-BEN