```
 1 | DAVID J. ZUGMAN
   | California Bar No. 190818
 2 | 964 Fifth Avenue, Suite 300
   | San Diego, California  92101-5008
 3 | Telephone:  (619) 699-5931
   | Facsimile:  (619) 699-5932
 4 | zugman@sbcglobal.net
 5 | Attorney for Octavio Moreno Reyna
 6 |
 7 |
 8 |                   UNITED STATES DISTRICT COURT
 9 |                  SOUTHERN DISTRICT OF CALIFORNIA
10 |                   (HONORABLE ROGER T. BENITEZ)
11 | UNITED STATES OF AMERICA,     )  Criminal No. 08CR1636-BEN
   |                               )
12 |         Plaintiff,             )  Date: August 11, 2008
   |                               )  Time: 2:00 p.m.
13 | v.                            )
   |                               )
14 | OCTAVIO MORENO REYNA,         )  NOTICE OF JOINT MOTION TO CONTINUE
   |                               )  MOTION HEARING
15 |         Defendant.             )
   | _____)
16 | TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY, and JEFFREY D.
   |      MOORE, ASSISTANT UNITED STATES ATTORNEY
17 |
   |      PLEASE TAKE NOTICE that Defendant, Octavio Moreno Reyna, by and
18 |
   | through his Counsel, David J. Zugman, files the instant joint motion to
19 |
   | continue the motion hearing from August 11, 2008, at 2:00 p.m. to
20 |
   | September 15, 2008, at 2:00 p.m..
21 |
   |                              Respectfully Submitted,
22 |
23 |
   | Date: August 6, 2008         S/David J. Zugman
24 |                              David J. Zugman
   |                              Attorney for Mr. Reyna
25 |
26 |
27 |
28 |
```

|   |   |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | I, the undersigned, declare that: |
| 3 | 1. I am over eighteen (18) years of age; am a resident of the County of San Diego, State of California; and my business address is 964 |
| 4 | Fifth Avenue, Suite 300, San Diego, California, 92101-5008. |
| 5 | 2. I am effecting service of JOINT MOTION TO CONTINUE THE MOTION HEARING on the following parties by electronically filing the foregoing |
| 6 | with the Clerk of the District Court using its ECF System, which electronically notifies them: |
| 7 |  |
| 8 | Jeffrey Moore, Assistant U.S. Attorney<br>Office of the U.S. Attorney<br>880 Front Street |
| 9 | San Diego, CA 92101 |
| 10 | 3.    I hereby certify that I have mailed the foregoing, by United States Postal Service to the following non-EFC participants in this case: |
| 11 |  |
| 12 | 1. N/A |
| 13 | to the last known address, at which place there is delivery service of mail from the United States Postal Service. |
| 14 | I declare under penalty of perjury that the foregoing is true and correct. |
| 15 |  |
| 16 | Executed on August 6, 2008. |
| 17 | S/David Zugman<br>DAVID J. ZUGMAN |

1  DAVID J. ZUGMAN
   California State Bar Number 190818
2  964 Fifth Avenue, Suite 300
   San Diego, California  92101
3  Telephone: (619) 699-5931
   Facsimile: (619) 699-5932
4  dzugman@burchamzugman.com

5  Attorney for Octavio Moreno Reyna

6

7

8                      UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10                     (HONORABLE ROGER T. BENITEZ)

11 UNITED STATES OF AMERICA,     )   Case No. 08CR1636-BEN
                                 )
12               Plaintiff,      )   Date: August 11, 2008
                                 )   Time: 2:00 p.m.
13 v.                            )
                                 )
14 OCTAVIO MORENO REYNA,         )   JOINT MOTION TO CONTINUE THE
                                 )   MOTION HEARING
15               Defendant.      )
                                 )

16

17     **THE PARTIES STIPULATE** to continue Mr. Reyna's motion hearing from
   August 11, 2008, at 2:00 p.m. to September 15, 2008, at 2:00 p.m..  This
18 is the second continuance request for the motion hearing.  While the
19 parties still anticipate arriving at plea agreement which will obviate
20 the need for the motion hearing, the Assistant U.S. Attorney assigned to
21 the matter is leaving the office and the matter is to be reassigned.
22 Because the reassignment will require a brief continuance of the motion
23 hearing, Counsel believes it expeditious to simply put the matter off by
24 stipulation.  Mr. Reyna is in custody.  The new date and time have been
25 cleared with this Court's clerk.
26 //
27 //
28
                                                           08CR1636-BEN

**IT IS SO STIPULATED:**

Dated: August 6, 2008    <u>S/David Zugman</u>
DAVID ZUGMAN
ATTORNEY FOR MR. REYNA

Dated: August 6, 2008    <u>S/Jeffrey Moore</u>
JEFFREY MOORE
ASSISTANT U.S. ATTORNEY